UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BUXBAUM,<br><br>    Plaintiff,<br><br>v.<br><br>GODIVA CHOCOLATIER, INC.,<br><br>    Defendant. | Case No. 19-cv-00558-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 21 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: March 5, 2019

_____
WILLIAM H. ORRICK
United States District Judge